1

2

3

4

5        UNITED STATES DISTRICT COURT

6        NORTHERN DISTRICT OF CALIFORNIA

7

8    EDGAR CHAN-SOSA,                          Case No.  15-cv-00008-SI

            Plaintiff,

9

         v.                                    **ORDER RE: HEARING ON MOTION
10                                             TO DISMISS**

11   CALIFORNIA HIGHWAY PATROL, et al.,        Re: Dkt. No. 9

            Defendants.

12

13

14

15          Before the Court is defendants' motion to dismiss plaintiff's complaint for failure to state a

16   claim, currently set for argument on May 8, 2015. Docket No. 9. Defendants argue that (1)

17   plaintiff's § 1983 claims against certain state entities should be dismissed with prejudice, and (2)

18   plaintiff's claim for injunctive relief should be dismissed with prejudice for lack of Article III

19   standing. Def. Mot. at 5-7. Plaintiff admits that defendants "ha[ve] pointed out several errors in

20   th[ese] claims [as] set forth in the complaint," and therefore requests leave to amend. Pl. Opp'n at

21   7. The Court therefore DISMISSES these claims, with leave to amend.

22

23          The Court would like to focus the hearing on defendants' remaining argument: that Chan-

24   Sosa's state law claims must be dismissed with prejudice for failure to file this action within six

25   months of the denial of his government claim. Def. Mot. at 8-10. In addition to the arguments the

26   parties have raised in their briefs, at the upcoming hearing, the parties should be prepared to

27   discuss *Torres v. City of Santa Ana*, 108 F.3d 224 (9th Cir. 1997). In particular, the parties should

28   address whether plaintiff's state law claims are related to the offense charged in the petitions for

United States District Court
Northern District of California

1    revocation of probation. *See id.* at 228 ("Although the petition was *triggered* by the arrest upon

2    which Torres's civil complaint is based, it *relates* only to Torres's original conviction for

3    robbery.") (emphasis in original).

4

5         **IT IS SO ORDERED.**

6    Dated: May 3, 2015

7

8    _____

9    SUSAN ILLSTON
     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2