UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR CHAN-SOSA,<br><br>       Plaintiff,<br><br>    v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>       Defendants. | Case No.  15-cv-00008-SI<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND UPCOMING COURT DATES; AND SETTING FURTHER STATUS CONFERENCE**<br><br>Re: Dkt. No. 89 |

The parties have advised the Court that plaintiff is currently in custody in Marin County following a recent arrest, and have jointly requested that the forthcoming pretrial (6/7/16) and trial (6/20/16) dates be rescheduled.  Dkt. No. 89.  The Court accepts the parties' stipulation and ORDERS the upcoming pretrial conference and trial dates vacated.  The Court further ORDERS that the pending motions *in limine* are withdrawn, without prejudice to refiling prior to the next pretrial conference date.  **A further Case Management Conference is scheduled for June 24, 2016 at 3:00 p.m**.  The parties are directed to advise the Court of future developments in this matter that will affect plaintiff's availability for trial.

     **IT IS SO ORDERED**.

Dated: June 2, 2016

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California