1    KAMALA D. HARRIS               LAWRENCE BRAGMAN, ESQ.
      Attorney General of California        State Bar No. 104039

2    JOHN P. DEVINE                   912 Lootens Place, 2nd Floor
      Supervising Deputy Attorney General      San Rafael, CA 94901-3110

3    MICAH C. E. OSGOOD               Telephone: (415) 459-6060
      Deputy Attorney General              Facsimile: (415) 459-6067

4    State Bar No. 255239                 Email: bragmanlaw@gmail.com
       455 Golden Gate Avenue, Suite 11000     *Attorney for Plaintiff*

5      San Francisco, CA  94102-7004

6      Telephone:  (415) 703-5593
      Fax:  (415) 703-5480

7      E-mail:  Mike.Osgood@doj.ca.gov
     *Attorneys for Defendant Officer Jorgensen*

8

9                   IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

                      SAN FRANCISCO DIVISION

11

12

13    **EDGAR CHAN-SOSA,**            CV 15-00008 SI

14                 Plaintiff,    **STIPULATION RE: CONTIUANCE OF STATUS CONFERENCE AND**

15       **v.**                    ~~**PROPOSED**~~ **ORDER**

16

17    **OFFICER F. JORGENSEN,**      Judge:       Hon. Susan Illston
                              Trial Date:    June 20, 2016

18               Defendant.    Action Filed:   July 23, 2014

19

20       The parties respectfully request to continue the status conference now scheduled for

21    **September 2, 2016 at 3:00 p.m.** for one to two weeks, depending on the court's schedule.

22       While, plaintiff Edgar Chan Sosa remains in custody and is expected to return to court on

23    August 10, 2016, there is no current indication whether there will be a disposition of his case on

24    that date or not. In the interim, the attorneys for the parties have discussed settling the case which

25    may eliminate the need for further judicial review altogether.

26       Plaintiff's attorney is now scheduled to be out of the state on the date currently set for the

27    status conference in order to accompany his minor stepson to school in Vermont. The school

28

                                        1

1   requires students to be on campus on September 3, 2016 so the current scheduled date for the

2   Status Conference in this case presents an irreconcilable conflict for him.

3       Given the uncertainty of the status of the plaintiff's state court case and the scheduling

4   conflict which has arisen since the case was last before the court, defendant has graciously agreed

5   to stipulate to a brief continuance of the status conference herein.

6       .

7   Dated:  August 3, 2016                    Respectfully submitted,

8                                             KAMALA D. HARRIS
                                              Attorney General of California
9                                             JOHN P. DEVINE
                                              Supervising Deputy Attorney General
10

11                                            /s/ Micah C.E. Osgood

12                                            MICAH C. E. OSGOOD
                                              Deputy Attorney General
13                                            Attorneys for Defendant

14  Dated:  August 3, 2016                    Respectfully submitted,

15                                            /s/ Lawrence Bragman[1]

16                                            LAWRENCE BRAGMAN, ESQ
                                              Attorneys for Plaintiff
17

18

19  **PURSUANT TO STIPULATION, IT IS ORDERED THAT THE STATUS CONFERENCE**

20  **HEREIN IS CONTINUED TO** __September 16__ **, 2016 AT** __3:00 p__ **. m.**

21

22

23  Date: __8/5/16__                          _____

24                                            U.S. District Judge Susan Ilston
    SF2014410564
25  41423552.doc

26

27  _____
    [1]   I , Lawrence Bragman, attest that I have the concurrence of Micah C.E. Osgood in the filing
28        of this stipulation and that I will keep confirming records.  /s/ Lawrence Bragman

                                            2