| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JOHN P. DEVINE<br>Supervising Deputy Attorney General<br>MICAH C. E. OSGOOD<br>Deputy Attorney General<br>State Bar No. 255239<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 703-5593<br>  Fax:  (415) 703-5480<br>  E-mail:  Mike.Osgood@doj.ca.gov<br>*Attorneys for Defendant Off. Frank Jorgensen,<br>former Defendants Off. Ryan Allen and California<br>Highway Patrol* | LAWRENCE BRAGMAN, ESQ.<br>Attorney at Law<br>State Bar No. 104039<br>  912 Lootens Place, 2nd Floor<br>  San Rafael, CA 94901-3110<br>  Telephone: (415) 459-6060<br>  Facsimile: (415) 459-9067<br>*Attorney for Plaintiff Edgar Chan<br>Sosa* |

**IT IS SO ORDERED**
*[signature]*
Judge Susan Illston

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDGAR CHAN-SOSA,<br><br>                          Plaintiff,<br><br>v.<br><br>OFF. F. JORGENSEN,<br><br>                          Defendant. | CV 15-00008 SI<br><br>**STIPULATION OF DISMISSAL<br>PURSUANT TO F.R.C.P. 41(a)(1)**<br><br>Courtroom:  1, 17th Floor<br>Judge:        Hon. Susan Illston<br>Trial Date:   Not Set<br>Action Filed: July 23, 2014 |

      Plaintiff Edgar Chan Sosa and Defendant Off. Frank Jorgensen, and former Defendants Off. Ryan Allen and the California Highway Patrol, by and through their attorneys of record, hereby stipulate that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party agrees to bear its own costs and attorney's fees. Each party waives its rights to appeal or pursue any further legal action based upon the interlocutory or final orders of this Court. This stipulation may be signed in counterparts. Counsel for Plaintiff and Defendants represents that each has the concurrence of the party or parties they represent, current and former,

1 | in the signing of this stipulation on their behalf. Counsel for Plaintiff certifies that he has a signed
2 | writing from Plaintiff agreeing to dismiss this case on the above terms.

4 | Dated: September 1, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General

*[signature]*

MICAH C. E. OSGOOD
Deputy Attorney General
*Attorneys for Defendants*

Dated: September 1, 2016

Respectfully submitted,

*[signature]*

LAWRENCE BRAGMAN, ESQ
*Attorneys for Plaintiff*

SF2014410564
Stipulated Dismissal LB.doc